IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOMICA GOLDSMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CV 20-178-BLG-KLD<br><br>ORDER |

Defendant electronically filed the certified administrative record in this matter on April 13, 2021. (Doc. 11.) **IT IS HEREBY ORDERED** that on or before **October 22, 2021,** Defendant shall submit to the Clerk's Office, at the Russell Smith Courthouse, 201 East Broadway, Missoula, MT 59802, a courtesy copy of the electronically filed certified administrative record.

DATED this 14th day of October, 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1